# IN THE SUPREME COURT OF THE STATE OF NEVADA

TINA LOUISE WICHMANN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ERIC
JOHNSON, DISTRICT JUDGE,
Respondents,
and
JOHN SCALZITTI; AND DEBRA
BANKS-SCALZITTI,
Real Parties in Interest.

No. 74647

FILED

MAR 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order striking an NRCP 35 medical examination report and the physician's testimony related to that report, but allowing presentation of a medical report that the same physician prepared based on a review of medical records and expert testimony regarding opinions formed therefrom.

Having considered the petition and supporting documents, we conclude that our extraordinary and discretionary intervention is not warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, this matter does not fit within any exception to the general policy against considering writ petitions challenging discovery decisions, *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012), and we

18-10354

are not persuaded that an appeal from a final judgment is an inadequate legal remedy, *see Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we ORDER the petition DENIED.

                                           , J.
Cherry

                                           , J.
Parraguirre

                                           , J.
Stiglich

cc:    Hon. Eric Johnson, District Judge
       McCormick, Barstow, Sheppard, Wayte & Carruth, LLP/Las Vegas
       Law Offices of James J. Ream
       Eighth District Court Clerk